```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

    IN RE:                                      CASE NO. 07 B 08557
       ROBERT PECZKOWSKI
       MEG PECZKOWSKI                           CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

                 Debtor
       SSN XXX-XX-3138      SSN XXX-XX-3383


    -----------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
    -----------------------------------------------------------------------
         Glenn Stearns, Chapter 13 Standing Trustee, submits the following
    Final Report and Account of the administration of the estate pursuant to
    11 USC 1302(b)(1).

        1.  The case was filed on 05/10/07 and confirmed on 07/13/07.

        2.  The case was converted to Chapter 7 after confirmation, 12/31/2007.

        3.  The Debtor paid a total of $   5262.00 .

        4.  The Trustee made disbursements to creditors as follows:


    -----------------------------------------------------------------------
    CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                               PAID          PAID
    -----------------------------------------------------------------------
    CHASE HOME FINANCE        CURRENT MORTG         .00            .00            .00
    CHASE AUTOMOTIVE FINANCE  SECURED VEHIC     6000.00         175.92         549.88
    FIFTH THIRD BANK          SECURED           8600.00         252.98         756.73
    KEYBANK NATIONAL ASSOCIA  SECURED            436.07            .00         436.07
    ECAST SETTLEMENT CORPORA  UNSECURED       NOT FILED            .00            .00
    CAPITAL ONE FINANCIAL     UNSECURED       NOT FILED            .00            .00
    CHASE BANK                UNSECURED       NOT FILED            .00            .00
    CITI CARD                 UNSECURED       NOT FILED            .00            .00
    DISCOVER BANK             UNSECURED       NOT FILED            .00            .00
    DISCOVER BANK             UNSECURED       NOT FILED            .00            .00
    MENARDS                   UNSECURED       NOT FILED            .00            .00
    OLD NAVY                  UNSECURED       NOT FILED            .00            .00
    PROVIDIAN NATIONAL BANK   UNSECURED       NOT FILED            .00            .00
    ROCKFORD MERCANTILE AGEN  UNSECURED       NOT FILED            .00            .00
    KEYBANK NATIONAL ASSOCIA  SECURED              .00            .00            .00
    PROVIDIAN NATIONAL BANK   UNSECURED       NOT FILED            .00            .00
    CHASE AUTOMOTIVE FINANCE  UNSECURED         2664.93          36.64           8.99
    FIFTH THIRD BANK          UNSECURED         3898.28          53.60          13.16
             Summary of disbursements:

                        SECURED    PRIORITY    UNSECURED      OTHER         TOTAL
    -----------------------------------------------------------------------
    TOTAL CLMS ALLOWED    15036.07       .00      6563.21        .00      21599.28
    PRINCIPAL PAID         1742.68       .00        22.15        .00       1764.83
    INTEREST PAID           428.90       .00        90.24        .00        519.14
    TOTAL PAID             2171.58       .00       112.39        .00       2283.97
    The Debtor's attorney, JEFF WHITEHEAD                , was allowed $   3000.00
    and was paid $   171.60   direct and $   2828.40   through the plan.

    The Trustee received $    149.63 .
```

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE